UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THELMA LOPEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>DANUVIAL SERVICE SOLUTIONS, INC.,<br><br>    Defendant. | Case No.:  2:22-cv-01846-TLN-CKD<br><br>ORDER ON STIPULATED REQUEST TO APPROVE SETTLEMENT AND DISMISS WITH PREJUDICE |

The Court, having reviewed the Parties' stipulated request to approve the settlement in this matter (which includes claims under the Fair Labor Standards Act) and dismiss the matter with prejudice finds good cause and therefore GRANTS the stipulated request.  According, the Court ORDERS:

1. The proposed settlement in this matter is approved.
2. This matter is dismissed with prejudice.

IT IS SO ORDERED.

Dated: October 1, 2024

Troy L. Nunley
Chief United States District Judge